*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**

May 13, 2015

Michael Kennedy
City Solicitor's Office
3rd Floor, City Law Department
414 Grant St
Pittsburgh PA 15219

State Farm Claims
PO Box 106117
Atlanta GA 30348-6117

RECEIVED
MAY 18 2015
CITY OF PITTSBURGH
LAW DEPARTMENT

**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

RE:   Claim Number:         38-1T42-176
      Date of Loss:          November 13, 2012
      Our Insured:           Leon C Ford

Dear Mr. Kennedy:

As we discussed, State Farm is the owner of 2006 Infiniti G35x, VIN NKCV51F46M616802. Robert Schupansky of District Attorney's office in Pittsburgh, advised you are the contact person to gain access to the vehicle. I have enclosed a copy of Certificate of Salvage, documenting ownership of the car.

You had indicated the criminal trial has been concluded and the police hold has been lifted. In light of this, I would like to take possession of the vehicle. State Farm is the rightful owner of the car and our company policy is to sell our salvaged vehicles at auctions. Should the city of Pittsburgh be interested in purchasing the car, I can provide you with the name of the salvage auction and you can make arrangements to purchase the vehicle at the auction. I have discussed your offer to purchase the salvage directly from State Farm with my supervisor and we must decline and follow through with our auction method of disposing of salvage.

I would appreciate your cooperation in disclosing the location of our property, so I can take steps in taking possession of our property. Please respond to this communication by May 27, 2015.

38-1T42-176
Page 2
May 13, 2015

Sincerely,


Pat Noone CPCU®
Claim Representative
(888) 713-4694  Ext. 6103615881

State Farm Mutual Automobile Insurance Company



381T42176
0616 rec'd
from carfax
filed in
drawer

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF SALVAGE FOR A VEHICLE
### REGISTRATION NOT TO BE ISSUED  3230773

13339039700141O-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| JNKCV51F46M616802 | 2006 | INFINITI | 678538386O3 ST |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD DATE | ODOM. MILES | ODOM. STATUS |
|---|---|---|---|---|---|---|
| SDN | XX | XXX | | 12/05/13 | 053000 | 2 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 01/04/10 | 12/05/13 | XXXXXX | XXXXXX | XXXXXX | |

NOT ACTUAL MILEAGE

**TITLE BRANDS**
- A - ANTIQUE VEHICLE
- C - CLASSIC VEHICLE
- D - COLLECTIBLE VEHICLE
- O - OUT OF COUNTRY
- F - ORIGINALLY MFGD FOR NON-U...
- R - REDISTRIBUTION
- G - AGRICULTURAL VEHICLE
- L - LOGGING VEHICLE
- P - IS/WAS A POLICE VEHICLE
- E - RECONSTRUCTED
- S - STREET ROD
- T - RECOVERED THEFT VEHICLE
- V - VEHICLE CONTAINS REISSUED VIN
- K - FLOOD VEHICLE
- X - IS/WAS A TAXI

**ODOMETER STATUS**
- 0 - ACTUAL MILEAGE
- 1 - MILEAGE EXCEEDS THE MECHANICAL LIMITS
- 2 - NOT THE ACTUAL MILEAGE
- 3 - NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
- 4 - EXEMPT FROM ODOMETER DISCLOSURE

IMPORTANT NOTICE - FORM MV-426B MUST BE USED WHEN APPLYING FOR A "RECONSTRUCTED" PENNSYLVANIA CERTIFICATE OF TITLE. THIS "SALVAGE VEHICLE" MAY NOT BE OPERATED ON THE HIGHWAY UNTIL A "RECONSTRUCTED" TITLE IS ISSUED.

**SALVAGE VEHICLE OWNER(S)**

568000
STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY
1 STATE FARM DRIVE
CONCORDVILLE PA 19339

06 INFI G35 AWD
32307773 S 381T42176
026

BARRY J. SCHOCH, P. E.

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said salvage vehicle.

Secretary of Transportation

3430070

STORE IN A SAFE PLACE. IF LOST APPLY FOR A DUPLICATE. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

TYPE OR PRINT ALL INFORMATION

**WARNING** – FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

### A. ASSIGNMENT OF SALVAGE

I/We certify, to the best of my/our knowledge that the odometer reading is

☐ _____ TENTHS ☒ miles and reflects the actual mileage of the vehicle,

unless one of the following boxes is checked:

☐ Reflects the amount of mileage in excess of its mechanical limits
☐ Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that vehicle ownership is hereby transferred to the person(s) listed

| | LAST | FIRST | MIDDLE NAME |
|---|---|---|---|
| PURCHASER OR FULL BUSINESS NAME | | | |
| CO-PURCHASER | | | |
| STREET ADDRESS | | | |
| CITY | | | |
| STATE | | ZIP | PURCHASE PRICE OR DIN |

SIGNATURE OF SELLER

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

### B. RE-ASSIGNMENT OF SALVAGE BY A PERSON/REGISTERED DEALER OR SALVOR

*[VOID]*

### RE-ASSIGNMENT OF SALVAGE BY A PERSON/REGISTERED DEALER OR SALVOR

*[VOID]*

### RE-ASSIGNMENT OF SALVAGE BY A PERSON/REGISTERED DEALER OR SALVOR

*[VOID]*

MV-5 (8-07)

### C. CHECK HERE TO INDICATE IF APPLYING FOR:

☐ A NEW CERTIFICATE OF SALVAGE FOR THIS VEHICLE - NO FEE OR NOTARIZATION REQUIRED.
☐ A RECONSTRUCTED VEHICLE TITLE - ATTACH AND COMPLETE FORM MV-426B WITH APPROPRIATE FEES.
☐ A FLATTENED, CRUSHED OR PROCESSED VEHICLE STATUS - COMPLETE SECTION D BELOW - NO FEE REQUIRED.

### D. SALVAGE DEALER/SCRAP PROCESSOR REPORT OF THE VEHICLE BEING FLATTENED, CRUSHED OR PROCESSED

I, the last Pennsylvania Salvage Dealer/Scrap Processor Business listed above, hereby certify that the vehicle described on the front of this certificate has been flattened, crushed, or processed to the extent that it is no longer identifiable as a vehicle and shall not be retitled or reconstructed.

DATE FLATTENED, CRUSHED OR PROCESSED
___/___/___

SIGNATURE OF SALVAGE DEALER/SCRAP PROCESSOR            DATE ___/___/___

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 State Farm

June 11, 2015

Michael Kennedy
City Solicitor's Office 3rd Floor, City Law
Department 414 Grant St Pittsburgh PA 15219

State Farm Claims
PO Box 106117
Atlanta GA 30348-6117

RECEIVED
JUN 1 5 2015
CITY OF PITTSBURGH
LAW DEPARTMENT

**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

RE:  Claim Number:    38-1T42-176
     Date of Loss:    November 13, 2012
     Our Insured:     Leon C Ford

Mr. Kennedy:

I have attached a copy of my May ,13, 2015 letter and I have not received a response from you. I have called and left phone messages for you. Please provide me with the address where the vehicle is located, so I can arrange pickup.

Sincerely,

*Pat N. /SL*

Pat Noone CPCU®
Claim Representative
(888) 713-4694 Ext. 6103615881

State Farm Mutual Automobile Insurance Company

Enclosure:   Copy of May 13, 2015 letter