



Providing Insurance and Financial Services
Home Office, Bloomington, IL

**State Farm**

April 23, 2015

Rob Schupansky
c/o District Attorney's Office
436 Grant Street Room 303
Pittsburgh, PA 15219

State Farm Claims
PO Box 106117
Atlanta GA 30348-6117

RE:  Claim Number:   38-1T42-176
     Date of Loss:   November 13, 2012
     Our Insured:    Leon C Ford
                     File # 12219164

Dear Sir:

We understand from the Pittsburgh Police Department that you are the party to contact regarding the release of Mr. Ford's 2006 INFINITi VIN:JNKCV51F46M616802. Per previous correspondence, we understand that the investigation is complete Payment for this vehicle has been issued. .

Please be advised that State Farm would like to complete the transfer of ownership from Mr. Ford to State Farm. This can not be accomplished without possession of the vehicle. It is our understanding that the vehicle is at McGann and Chester lot # 12219164.

Kindlly advised us the moment this vehicle is available to be picked up by State Farm.

Also be advised that State Farm will not be responsible for any storage charges incurred whicle this vehicle is being retained at the direction of the Police Department or District Attorney's Office.

38-1T42-176
Page 2
April 23, 2015

Sincerely,

*P Noone*

Pat Noone CPCU®
Claim Representative
(888) 713-4694 Ext. 6103615881

cc: Detective Bob Provident
Pittsburgh Police Department
1401 Washington Blvd
Pittsbugh, PA 15206

State Farm Mutual Automobile Insurance Company