


# CITY OF PITTSBURGH
# BUREAU OF POLICE
### Office of the Chief
*"...accountability, integrity, and respect."*

**Subject: Extended Vehicle Hold**

McGann & Chester, LLC
700 Hargrove Street
Pittsburgh, PA 15226

In accordance with the agreement between the City of Pittsburgh and McGann and Chester, LLC, I request that the following vehicle be **held** indefinitely for investigative purposes:

**Vehicle description:**   2006   *Make:* Infiniti G35X   *Plate*: HWL 8225

**Vehicle Identification Number: JNKCV51F46M616802**

**Owner: Leon Ford**

**Case Officer:**

**CCR#: 12-219164**

**Reason for hold: May not be released under any circumstances without prior approval by the Chief of Police and Law Department.**

_____
Cameron S. McLay
Chief of Police

CSM:tmc